UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.J. KRIER,<br><br>  Plaintiff,<br><br>  v.<br><br>KING COUNTY JAIL,<br><br>  Defendant. | CASE NO. C07-0026-RSL<br><br>ORDER DISMISSING § 1983 ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   The complaint and this § 1983 action are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii);

(3)   This dismissal shall count as a dismissal under 28 U.S.C. § 1915(g); and

(4)   The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 24th day of May, 2007.

                 /s/ Robert S. Lasnik
                 Robert S. Lasnik
                 United States District Judge